UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TBC CONSULTORIA EM INVESTIMENTOS FINANCEIROS LTDA.,<br><br>Petitioner,<br><br>v.<br><br>GRADUAL CORRETORA DE CAMBIO, TITULOS E VALORES MOBILIARIOS S.A.; FERNANDA FERRAZ BRAGA DE LIMA DE FREITAS; and GABRIEL PAULO GOUVEA DE FREITAS JUNIOR,<br><br>Respondents. | **ORDER**<br><br>17 Civ. 3145 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        A petition to confirm an arbitration award was filed on April 28, 2017 – more than three years ago.  (Dkt. No. 1)  Despite repeated inquiries from Chambers, Petitioner has not filed proof of service.  If proof of service is not filed by **July 21, 2020**, this case will be dismissed for failure to prosecute.

Dated: New York, New York
       July 14, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge