UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TBC CONSULTORIA EM INVESTIMENTOS FINANCEIROS LTDA., <br><br> Petitioner, <br><br> v. <br><br> GRADUAL CORRETOA DE CAMBIO, TITULOS E VALORES MOBILIARIOS S.A.; FERNANDA FERRAZ BRAGA DE LIIMA DE FREITA; and GABRIEL PAULO GOUVEA DE FREITAS JUNIOR, <br><br> Respondents. | Case No. 17 Civ. 3145 <br><br> Hon. Paul G. Gardephe <br><br> [PROPOSED] ORDER OF DIMISSAL |

Before the Court is Petitioner TBC Consultoria em Investimentos Financeiros Ltda.'s ("TBC") Notice of Voluntary Dismissal. Upon consideration of the Notice, it is hereby:

**ORDERED** that the above-captioned action is dismissed without prejudice solely as to Fernanda Ferraz Braga de Lima de Freitas and Gabriel Paulo Gouvea de Freitas Junior.

Should the Court enter judgment on behalf of TBC, this Order shall not preclude TBC from pursuing confirmation or enforcement of that judgment against Fernanda Ferraz Braga de Lima de Freitas and Gabriel Paulo Gouvea de Freitas Junior in a later action.

Dated: August 6, 2020

_____
The Honorable Paul G. Gardephe
United States District Judge