**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TBC CONSULTORIA EM
INVESTIMENTOS FINANCEIROS LTDA.,

                      Petitioner,                  17 **CIVIL** 3145 (PGG)

                  -against-                  **JUDGMENT**

GRADUAL CORRETORA DE CAMBIO,
TITULOS E VALORES MOBILIARIOS S.A.,

                      Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 28, 2020, the Petition to confirm the arbitration award (Dkt. No. 1) is granted; Petitioner is awarded $3,145,573.51, which accounts for the unpaid Bonus Payment, damages resulting from Respondent Gradual's premature termination of the Service Agreement, arbitration costs, legal fees, late-payment penalty, inflation adjustment, and accrued interest. (See Pet. Decl. (Dkt. No. 23) Post-judgment interest shall accrue as set forth in 28 U.S.C. § 1961(a); accordingly, the case is closed**.**

**Dated**: New York, New York
       August 31, 2020

                                                    RUBY J. KRAJICK
                                                       Clerk of Court
                                  **BY**:
                                                         **Deputy Clerk**